UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARTNER, INC., | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : |
| v. | : |
| | : |
| JEFFREY P. RUMBURG, | : |
| | : |
| Defendant. | : APRIL 10, 2007 |
| | : |

**PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, the plaintiff, Gartner, Inc. ("Gartner"), hereby respectfully moves this Court for entry of a preliminary injunction:

1. Enjoining and restraining the defendant Jeffrey P. Rumburg ("Rumburg") from operating or being employed by MetricNet, LLC ("MetricNet") or any other competitor of Gartner until after October 13, 2007;

2. Enjoining and restraining Rumburg, his agents, servants, representatives and all persons or entities acting or claiming to act on behalf of or in concert with or participating with him:

   a. From using directly or indirectly any of Gartner's confidential, proprietary or trade secret information;

   b. From disclosing in any manner to anyone any of Gartner's confidential, proprietary or trade secret information; and

      c.      From breaching any of the terms of that certain Agreement Regarding Certain Conditions of Employment;

3.      An Order directing Rumburg to return to Gartner or its attorneys the originals and all copies or derivations made therefrom (including notes and/or electronic copies) of documents, forms, computer disks and print-outs in the custody, control or possession of Rumburg, which contain information regarding Gartner's confidential, proprietary or trade secret information.

In support of this Motion, Gartner relies on its Verified Complaint and the Memorandum of Law submitted herewith.

PLAINTIFF,
GARTNER, INC.

By: _/s/ Glenn M. Cunningham_
    Glenn M. Cunningham (Fed. Bar No. ct09995)
    Leander A. Dolphin (Fed. Bar No. ct26636)
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, Connecticut 06103-1919
    Tel: (860) 251-5000
    Fax: (860) 251-5218
    Email: gcunningham@goodwin.com
            ldolphin@goodwin.com
    Its Attorneys

462862 v.01 S1